1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | CLAUDIA VUKOVICH WOODWARD,        | CASE NO.  2:13-CV-0048 MCE EFB
12 |          Plaintiff,               | **STIPULATION AND ORDER WITHDRAWING DEEMED ADMISSIONS**
13 |     v.                            | Date:      November 4, 2015
14 | UNITED STATES OF AMERICA,         | Time:      10:00 a.m.
   |                                   | Courtroom: 8, 14th Floor
15 |          Defendant.               |            501 I Street, Sacramento, CA
   |                                   | Judge:     Hon. Edmund F. Brennan
16

17     On October 1, 2015, plaintiff filed a motion to withdraw her admissions to the United States of

18 America's Requests for Admissions Nos. 1-23, which were deemed admitted by operation of Rule 36(b)

19 of the Federal Rules of Civil Procedure.  ECF No. 25.

20     To resolve that motion without the need for further litigation, plaintiff and the United States

21 hereby stipulate and agree that the motion to withdraw admissions may be granted.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation And Order Withdrawing
Deemed Admissions                    1

The parties further agree that the withdrawn admissions shall be replaced with plaintiff's Response to Request for Admissions Nos. 1-23, verified by plaintiff on August 16, 2015, and signed by her counsel on August 17, 2015, a copy of which is attached to this stipulation.

DATED: October 6, 2015                BENJAMIN B. WAGNER
                                      United States Attorney


                                      */s/ Lynn Trinka Ernce*
                                      LYNN TRINKA ERNCE
                                      Assistant United States Attorney


DATED: October 6, 2015

                                      /s/ Paul J. Wagstaffe
                                      PAUL J. WAGSTAFFE
                                      Attorneys for Plaintiff


## ORDER

**IT IS SO ORDERED.**  The Clerk is directed to terminate ECF No. 25.

DATED: October 7, 2015.

                                      _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE